NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**AVENTIS PHARMACEUTICALS INC.,**
*Plaintiff-Appellant,*

AND

**AMR TECHNOLOGY, INC.
(NOW KNOWN AS ALBANY MOLECULAR
RESEARCH, INC.),**
*Plaintiff-Appellant,*

v.

**DR. REDDY'S LABORATORIES, LTD.** AND
**DR. REDDY'S LABORATORIES, INC.,**
*Defendants-Appellees.*

- - - - - - - - - - - - - - - - - - - - - -

**AVENTIS PHARMACEUTICALS INC.,**
*Plaintiff-Appellant,*

AND

**AMR TECHNOLOGY, INC.
(NOW KNOWN AS ALBANY MOLECULAR
RESEARCH, INC.),**
*Plaintiff-Appellant,*

v.

**AMINO CHEMICALS LTD.,
DIPHARMA FRANCIS, SR.L.,
** AND **DIPHARMA SPA,**
*Defendants-Appellees,*

**AND**

**MYLAN PHARMACEUTICALS INC.,**
*Defendant.*

- - - - - - - - - - - - - - - - - - - - - -

**AVENTIS PHARMACEUTICALS INC.,**
*Plaintiff-Appellant,*

**AND**

**AMR TECHNOLOGY, INC.
(NOW KNOWN AS ALBANY MOLECULAR
RESEARCH, INC.),**
*Plaintiff-Appellant,*

**v.**

**TEVA PHARMACEUTICALS USA, INC.,**
*Defendant-Appellee,*

**AND**

**AMINO CHEMICALS LTD.,
DIPHARMA FRANCIS, SR.L.,
AND DIPHARMA SPA,**
*Defendants-Appellees.*

---

2011-1334, -1335, -1336

---

Appeals from the United States District Court for the District of New Jersey in case nos. 04-CV-1075, 04-CV-1077, and 04-CV-1078, Chief Judge Garrett E. Brown, Jr.

---

**ON MOTION**

---

**O R D E R**

Upon consideration of Aventis Pharmaceuticals, Inc.'s motion to voluntarily dismiss this appeal as to Mylan Pharmaceuticals, Inc. due to settlement,

IT IS ORDERED THAT:

The motion is granted to the extent that the revised official caption is reflected above to indicate that Mylan is no longer an appellee.

FOR THE COURT

AUG 2 6 2011
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Andrew P. Zappia, Esq.
    Paul H. Berghoff, Esq.
    Anthony W. Shaw, Esq.
    Michael E. Patunas, Esq.
    Martin B. Pavane, Esq.
    E. Anthony Figg, Esq.

s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

AUG 2 6 2011

JAN HORBALY
CLERK